1  **ANDREW LAH**
   California State Bar No. 234580
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467 Ext. 3737
4  Facsimile: (619) 687-2666
   andrew_lah@fd.org
5

6  Attorneys for Defendant Mr. Cira-Ramirez

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | ) | Case No. 08mj2098 |
12 |   Plaintiff, | ) |
13 | v. | ) |
14 | **ODILON CIRA-RAMIREZ,** | ) | **NOTICE OF APPEARANCE** |
15 |   Defendant. | ) |

17     Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Andrew Lah, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the

19 above-captioned case.

20                                         Respectfully submitted,

22 Dated: July 15, 2008              *s/ ANDREW LAH*
                                     Federal Defenders of San Diego, Inc.
23                                   Attorneys for Defendant
                                     andrew_lah@fd.org

1  **ANDREW LAH**
   California State Bar No. 234580
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467 Ext. 3737
4  Facsimile: (619) 687-2666
   andrew_lah@fd.org
5

6  Attorneys for Mr. Cira-Ramirez

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | ) | Case No. 08mj2098 |
   |  | ) |  |
12 | Plaintiff, | ) |  |
   |  | ) |  |
13 | v. | ) | **PROOF OF SERVICE** |
   |  | ) |  |
14 | **IDILON CIRA-RAMIREZ,** | ) |  |
   |  | ) |  |
15 | Defendant. | ) |  |

16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18 his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19 upon:

20         **Assistant United States Attorney**
           efile.dkt.gc1@usdoj.gov
21

22 Dated: July 15, 2008                          *s/ ANDREW LAH*
                                                 **ANDREW LAH**
23                                               Federal Defenders of San Diego, Inc.,
                                                 andrew_lah@fd.org
24

25

26

27

28